UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

THOMAS RANDALL WILSON                                                                        PLAINTIFF

VERSUS                                                                CIVIL ACTION NO. 1:14CV17-RHW

CHRISTOPHER EPPS et al                                                                     DEFENDANTS

**FINAL JUDGMENT**

In accordance with the requirement for the filing of a separate document pursuant to Federal Rule of Civil Procedure 58(a), and based on the reasons set forth in the Memorandum Opinion and Order entered by this Court, the Court hereby enters its Final Judgment in the above-captioned matter.

IT IS ORDERED AND ADJUDGED that Defendants' [41], [44] Motions for Summary Judgment are GRANTED and that the Plaintiff's lawsuit is dismissed with prejudice as to all claims and all Defendants.

SO ORDERED, this the 5th day of December, 2014.

/s/ *Robert H. Walker*
ROBERT H. WALKER
UNITED STATES MAGISTRATE JUDGE